IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CHRISTINE ANN DOLLAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. C09-3043-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| SMITHWAY MOTOR XPRESS, INC., | ) | IN A CIVIL CASE |
| SMITHWAY MOTOR XPRESS CORP., | ) | |
| a Nevada Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   Judgment is entered in favor of Plaintiff, Christine Ann Dollar, and against the defendants, Smithway Motor Xpress, Inc. and Smithway Motor Xpress Corp., a Nevada Corporation ("SMX") in the sum of $80,793, plus interest from the date of the filing of this complaint to the date of the entry of the judgment at the Iowa judgment rate. Judgment shall also enter in favor of Dollar and against SMX for $215,319 in front pay and liquidated damages without prejudgment interest. Interest on the total judgment, $296,112, shall accrue from and after the date of the entry of the judgment at the federal judgment rate.

Dated: April 13, 2011                ROBERT L. PHELPS
                                      Clerk

                                       /s/ djs
                                      (By) Deputy Clerk