IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

CHRISTINE ANN DOLLAR,                    )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )        C09-3043 MWB
                                         )
                                         )        ATTORNEY FEE
                                         )   JUDGMENT IN A CIVIL CASE
SMITHWAY MOTOR XPRESS, INC, &            )
SMITHWAY MOTOR EXPRESS CORP.             )
                                         )
            Defendants.                  )

This action came before the Court.  The issues have been decided and a decision has been

rendered.

            IT IS ORDERED AND ADJUDGED

That plaintiff, Christine Dollar, is awarded $44,000.00 in attorney fees.

DATED: June 16, 2011

                                              Robert L Phelps
                                              Clerk

                                              S/src
                                              (By) Deputy Clerk